# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATALIE WILLIAMS, individually and on behalf of all others similarly situated, | **Case No. 2:19-cv-00646-GGG-MBN** |
| | FLSA Collective Action |
| v. | Section T (5) |
| JACKSON HANDS OF CHANGE, LLC and DREATHA JACKSON | Judge Greg Gerard Guidry |
| | Magistrate Judge Michael B. North |

## ORDER

Came on to be considered Plaintiffs' motion to stay consideration of their motion for default judgment until mooted by defendants appearance (Rec. Doc. No. 17);

**IT IS ORDERED** that the motion is **GRANTED.**

The defendants Jackson Hands of Change, LLC and Dreatha Jackson filed their answer into the record on July 22, 2019 (Rec. Doc. No. 18). Therefore,

**IT IS FURTHER ORDERED** that the motion for default judgment (Rec. Doc. No. 11) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 19th day of August, 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE