## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATALIE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>v.<br><br>JACKSON HANDS OF CHANGE, LLC and DREATHA JACKSON | **Case No. 2:19-cv-00646-GGG-MBN**<br>FLSA Collective Action<br><br>Section T (5)<br><br>Judge Greg Gerard Guidry<br><br>Magistrate Judge Michael B. North |

### JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

The Parties have reached a Settlement Agreement with respect to this Fair Labor Standards Act ("FLSA") case.

The Parties seek Court approval of their settlement as more fully set forth in the attached memorandum. This motion is also supported by the Parties' settlement agreement, to be separately filed under seal.

The Settlement Agreement reached by the Parties represents a compromise of this litigation that will provide relief to both Plaintiffs. The Parties therefore request that the Court approve their Settlement Agreement.

- 2 -

Respectfully submitted,

By: */s/ Matthew S. Parmet*
**Matthew S. Parmet**
Louisiana Bar # 32855
**PARMET PC**
PO Box 540907
800 Sawyer St. (77007)
Houston, TX 77254
phone  713 999 5228
fax    713 999 1187
matt@parmet.law

**Attorneys for Plaintiffs**


By: */s/ Kerry A. Murphy*
**Kerry A. Murphy**
La. Bar No. 31382
**Catherine E. Lasky**
La. Bar. No. 28652
**LASKY MURPHY LLC**
715 Girod St., Ste. 250
New Orleans, LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503

**Attorneys for Defendants**