UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATALIE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>v.<br><br>JACKSON HANDS OF CHANGE, LLC and DREATHA JACKSON | **Case No. 2:19-cv-00646-GGG-MBN**<br>FLSA Collective Action<br><br>Section T (5)<br><br>Judge Greg Gerard Guidry<br><br>Magistrate Judge Michael B. North |

## ORDER

Came on to be considered the Parties' Joint Motion to Approve Settlement Agreement (R. Doc. 21), and the Court having reviewed the Motion is of the opinion that it should be and hereby is GRANTED.

**IT IS ORDERED** that the Parties' Settlement Agreement is APPROVED, including costs in the amount of $600 and the division of Plaintiffs' attorneys' fees in the amount of 40% of Plaintiffs' gross recovery.

**IT IS FURTHER ORDERED** that this case and all claims asserted in this case by all Plaintiffs and Opt-in Plaintiffs are DISMISSED WITH PREJUDICE, each Party to bear its own costs.

New Orleans, Louisiana, this 11th day of September, 2019.

_____
Greg Gerard Guidry
United States District Judge